UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ESTRADA, | No. C 09-0939 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FRANCISCO JAQUEZ, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 26, 2010

SUSAN ILLSTON
United States District Judge